# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 14-3638

Bison Advisors, a Minnesota limited liability company

Appellant

v.

Irvin Kessler, et al.

Appellees

v.

Ephraim Gildor, et al.

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-03121-DSD)

---

## MANDATE

In accordance with the judgment of 01/14/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 14, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit